IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TIMOTHY BROWN, JR.,** | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | **CIVIL NO. 05-cv-493-MJR** |
| vs. | ) | |
| | ) | **CRIMINAL NO. 01-cr-30123** |
| **UNITED STATES of AMERICA ,** | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED**. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

<u>December 1, 2005</u>         By:    **s/ Michael J. Reagan**
*Date*                                        *District Judge*